```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

LATRICE WILLIAMS,              }
                               }
    Plaintiff,                 }
                               }     CIVIL ACTION NO.
v.                             }
                               }     2:14-cv-848-TMP
TARA THERAPY, LLC,             }
                               }
    Defendant.                 }

## ORDER

Before the court is the magistrate judge's report and recommendation (Doc. 26) on defendant's second motion to dismiss (Doc. 15). No objections have been taken to the report and recommendation. Finding no clear error to be present, *Macort v. Prem, Inc.*, 208 Fed. App'x 781, 784 (11th Cir. 2006), the court ADOPTS the report and ACCEPTS the recommendation of the magistrate judge. Defendant's partial motion to dismiss is GRANTED. Plaintiff's action will proceed, with the assigned magistrate judge presiding, only as to plaintiff's race claims regarding her discipline and termination by defendant. The action as related to all other claims is DISMISSED WITH PREJUDICE.

DONE this 22nd day of April, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE